UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BOOTHBAY ABSOLUTE RETURN STRATEGIES, LP, BOOTHBAY DIVERSIFIED ALPHA MASTER FUND, LP, CORBIN HEDGED EQUITY FUND, L.P., CORBIN ERISA OPPORTUNITY FUND, LTD., PINEHURST PARTNERS, L.P., FW DEEP VALUE OPPORTUNITIES FUND I, LLC, FOURWORLD GLOBAL OPPORTUNITIES FUND, LTD., and FOURWORLD EVENT OPPORTUNITIES, LP,<br><br>                                        Plaintiffs,<br><br>                -against-<br><br>BELGISCHE SCHEEPVAARTMAATSCHAPPIJCOMPAGNIE MARITIME BELGE SA,<br><br>                                        Defendant. | 24-CV-1445 (JGLC)<br><br>**ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

Plaintiffs shall serve upon Defendant their papers seeking an order to show cause for limited expedited discovery no later than **February 27, 2024**, and file proof of such service with the Court no later than **February 28, 2024**. Defendant shall file any opposition to Plaintiffs' application for an order granting limited expedited discovery no later than **February 28, 2024**. The parties shall appear before the Court for a conference on **February 29, 2024 at 2:00 p.m.** via Microsoft Teams. Counsel will receive Microsoft Teams log-in credentials at the email addresses listed on the docket. The public listen-only line may be accessed by dialing: 646-453-4442 | Access Code: 171584589#.

Dated: February 27, 2024
         New York, New York

SO ORDERED.

*Jessica Clarke*
_____
JESSICA G. L. CLARKE
United States District Judge