UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BOOTHBAY ABSOLUTE RETURN STRATEGIES, LP, BOOTHBAY DIVERSIFIED ALPHA MASTER FUND, LP, CORBIN HEDGED EQUITY FUND, L.P., CORBIN ERISA OPPORTUNITY FUND, LTD., PINEHURST PARTNERS, L.P., FW DEEP VALUE OPPORTUNITIES FUND I, LLC, FOURWORLD GLOBAL OPPORTUNITIES FUND, LTD., and FOURWORLD EVENT OPPORTUNITIES, LP,<br><br>          Plaintiffs,<br><br>    v.<br><br>BELGISCHE SCHEEPVAARTMAATSCHAPPIJ-COMPAGNIE MARITIME BELGE SA,<br><br>          Defendant. | Case No. 24-cv-01445-JGLC |

## NOTICE OF MOTION FOR A PRELIMINARY INJUNCTION

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, Proposed Findings of Fact and Conclusions of Law, and Declaration of Nicole M. Clark and all exhibits thereto, Plaintiffs Boothbay Absolute Return Strategies, LP, Boothbay Diversified Alpha Master Fund, LP, Corbin Hedged Equity Fund, L.P., Corbin ERISA Opportunity Fund, Ltd., Pinehurst Partners, L.P., FW Deep Value Opportunities Fund I, LLC, FourWorld Global Opportunities Fund, Ltd., and FourWorld Event Opportunities, LP (collectively, "FourWorld" or "Plaintiffs"), by their undersigned counsel of record, will move this Court, before the Honorable Jessica G. L. Clarke, United States District Judge, at the United States Courthouse for the Southern District of New York, 500 Pearl Street, New York, New York, on March 13, 2024, at 10:00 a.m., for an order pursuant to Rule 65(a) of the Federal Rules of Civil Procedure preliminarily enjoining

Belgische Scheepvaartmaatschappij-Compagnie Maritime Belge SA ("CMB" or "Defendant") from completing its pending tender offer for all of the ordinary shares of Euronav NV until a reasonable number of days after CMB makes appropriate corrective disclosures to comply with Section 14(e) of the Securities Exchange Act, 15 U.S.C. § 78n(e), and for such other and further relief as this Court may deem just and proper.

    PLEASE TAKE FURTHER NOTICE that, in accordance with the Stipulated Scheduling Order entered by the Court on March 1, 2024, papers in opposition to this motion shall be filed by March 8, 2024, and reply papers in further support of this motion shall be filed by March 11, 2024.

Dated: March 4, 2024
       New York, New York

Respectfully submitted,

By:   /s/ Josh M. Slocum
      David H. Wollmuth
      Joshua M. Slocum
      Fletcher W. Strong
      Nicole M. Clark
      Yating Wang

WOLLMUTH MAHER & DEUTSCH LLP
500 Fifth Avenue
New York, New York 10110
Phone: (212) 382-3300
Fax: (212) 382-0050

*Counsel for Plaintiffs*