UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BOOTHBAY ABSOLUTE RETURN STRATEGIES, LP, BOOTHBAY DIVERSIFIED ALPHA MASTER FUND, LP, CORBIN HEDGED EQUITY FUND, L.P., CORBIN ERISA OPPORTUNITY FUND, LTD., PINEHURST PARTNERS, L.P., FW DEEP VALUE OPPORTUNITIES FUND I, LLC, FOURWORLD GLOBAL OPPORTUNITIES FUND, LTD., and FOURWORLD EVENT OPPORTUNITIES, LP, <br><br> Plaintiffs, <br><br> - against - <br><br> BELGISCHE SCHEEPVAARTMAATSCHAPPIJ-COMPAGNIE MARITIME BELGE SA, <br><br> Defendant. | 1:24-cv-1445-JGLC <br><br> **NOTICE OF MOTION TO DISMISS THE COMPLAINT** <br><br> **ORAL ARGUMENT REQUESTED** |

PLEASE TAKE NOTICE that defendant Belgische Scheepvaartmaatschappij-Compagnie Maritime Belge NV (erroneously referred to in the caption as Belgische Scheepvaartmaatschappij-Compagnie Maritime Belge SA) ("CMB"), by and through its undersigned counsel, shall move before the Honorable Jessica G. L. Clarke, United States District Judge for the Southern District of New York, at a date and time to be set by the Court, in Courtroom 20C of the United States District Courthouse at 500 Pearl Street, New York, New York 10007, for an order dismissing plaintiffs' complaint dated February 26, 2024 with prejudice pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), and granting CMB such other and further relief as the Court may deem just and proper.

PLEASE TAKE FURTHER NOTICE that in support of this motion, CMB will reply upon its accompanying memorandum of law in support of the motion to dismiss, the declaration of

Rebecca L. Martin dated April 19, 2024 with attached exhibit, and all prior proceedings in this action.

Dated: New York, New York
April 19, 2024

FRIED, FRANK, HARRIS, SHRIVER
 & JACOBSON LLP

By: _____/s/ Michael C. Keats_____
Michael C. Keats

Rebecca L. Martin
One New York Plaza
New York, New York 10004-1980
(212) 859-8000
michael.keats@friedfrank.com
rebecca.martin@friedfrank.com

*Attorneys for Defendant*
  *Belgische Scheepvaartmaatschappij-*
  *Compagnie Maritime Belge NV*

2